ROBERT HELBIG *v.* ZONING BOARD OF APPEALS OF THE
NOANK FIRE DISTRICT

The defendant's petition for certification for appeal from the Superior Court in the judicial district of New London is granted by the court.

*Emmet L. Cosgrove,* in support of the petition.
*Frank N. Eppinger,* in opposition.

Decided April 1, 1980

ROGER STROLLO ET AL. *v.* ZONING BOARD OF APPEALS
OF THE TOWN OF CHESHIRE

The plaintiffs' petition for certification for appeal from the Superior Court in the judicial district of Waterbury is denied by the court.

*Eugene L. DeFronzo,* in support of the petition.
*John K. Knott, Jr.,* in opposition.

Decided April 1, 1980

PEDIMENT HOMES, INC. *v.* FLOYD RUSSELL ET AL.

The plaintiff's petition for certification for appeal from the Appellate Session of the Superior Court is granted by the court.

*Stephen C. Gallagher,* in support of the petition.
*David P. Ball,* in opposition.

Decided April 1, 1980